**BRODSKY & SMITH, LLC**
Evan J. Smith, Esq. (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esq. (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GERALD JOSEPH LOVOI, derivatively on behalf of NETFLIX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REED HASTINGS, et al., <br><br> Defendants, <br><br> -and- <br><br> NETFLIX, INC., <br><br> Nominal Defendant. | CASE NO.: Case No.: 19-cv-07303-LHK <br><br> **STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND REQUESTING APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL** |
| DION WILLIAMS MOORE, et al., derivatively on behalf of NETFLIX, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REED HASTINGS, et al., <br><br> Defendants, <br><br> -and- <br><br> NETFLIX, INC., <br><br> Nominal Defendant. | CASE NO.: 19-cv-07748-LHK |

1   WHEREAS, there are presently two stockholder derivative actions on behalf of Netflix, Inc. ("Netflix" or the "Company") pending in this Court, captioned (i) *Lovoi, et al. v. Hastings, et al.*, Case No. 19-cv-07303-EJD, filed by plaintiff Gerald Joseph Lovoi (the "*Lovoi* Derivative Action"), and (ii) *Moore, et al. v. Hastings, et al*, Case No. 19-cv-07748-NC, filed by plaintiffs Dion Williams Moore and David Stein (the "*Moore* Derivative Action," together with the *Lovoi* Derivative Action, the "Related Derivative Actions").

WHEREAS, on January 2, 2020 the Related Derivative Actions were reassigned to Judge Lucy H. Koh.

WHEREAS, counsel for all parties in the Related Derivative Actions have met and conferred and agree that the Related Derivative Actions should be consolidated to promote judicial economy, efficiency, and conserve judicial resources;

WHEREAS, undersigned counsel for plaintiffs in the Related Derivative Actions have agreed to a proposed leadership structure, subject to Court approval, whereby Plaintiffs shall act as lead plaintiffs ("Proposed Lead Plaintiffs") and counsel for Proposed Lead Plaintiffs, Rowley Law PLLC and Gainey McKenna & Egleston, shall act as lead counsel ("Proposed Lead Counsel"), and Brodsky & Smith, LLC shall act as liaison counsel ("Proposed Liaison Counsel"), and the complaint filed in the *Lovoi* Derivative Action shall be designated the operative complaint in the consolidated action until any consolidated complaint is filed;

WHEREAS, counsel for defendants stipulate to consolidation of the Related Derivative Actions but take no position regarding the appointment of lead plaintiff or appointment of lead and liaison counsel requested below by the Proposed Lead Plaintiffs and the Proposed Lead Counsel;

NOW THEREFORE, it is hereby stipulated by and between the undersigned that:

**Consolidation**

1.   The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings and trial (the "Consolidated Derivative Action"). The Clerk of Court shall consolidate case numbers 19-cv-07303-LHK and 19-cv-07448-LHK into one case such that the earliest filed action, 19-cv-07303-LHK, is the lead case.

**Master Docket and Master File**

2. A Master Docket and Master File are hereby established for the Consolidated Derivative Action. Every pleading in the Consolidated Derivative Action shall be filed in the lowest-numbered case, the *Lovoi* Derivative Action, No. 19-cv-07303-LHK, and the Master File shall be 19-cv-07303-LHK. A Master Docket will be maintained for the Consolidated Derivative Action with all entries to be docketed under the Master File number. If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the notation of the case number(s) to which it pertains.

3. Separate docket numbers shall be marked closed in accordance with the regular procedures of the Clerk of this Court, and any pending schedules, deadlines, or dates in the following docket number shall be vacated subject to the provisions herein: 19-cv-07303-LHK.

4. An original of this Order shall be filed by the Clerk in the Master File and in the files for the *Moore* Derivative Action captioned above, and in the file of every action subsequently consolidated with the Consolidated Derivative Action.

**Caption for Consolidated Action**

5. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE NETFLIX CORPORATION STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Lead Case No. 19-cv-07303-LHK<br><br>Related Derivative Case:<br><br>19-cv-07748-LHK<br><br>Judge: Lucy H. Koh<br>Date First Action Filed: November 6, 2019 |
|---|---|

**Application of This Order to Subsequently Filed or Transferred Cases**

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND REQUESTING APPOINTMENT OF LEAD
PLAINTIFF AND CO-LEAD COUNSEL

-2-

6. This Order shall apply to each case that is related to the Consolidated Derivative Action and to any stockholder derivative action arising out of the same or substantially same transactions or events as the Related Derivative Actions that is subsequently filed in, remanded to, or transferred to this Court.

7. Any lead counsel appointed by the Court (hereafter "Lead Counsel") shall call to the attention of the Court the filing or transfer of any related action arising out of similar facts and circumstances as are alleged in the Related Derivative Actions and that therefore might properly be consolidated or coordinated with the Consolidated Derivative Action, and Lead Counsel shall coordinate the filing of an Administrative Motion to Consider Whether Cases Should be Related or a Notice of Pendency of Other Action or Proceeding pursuant to Civil Local Rules 3-12 and 3-13. Promptly thereafter, Lead Counsel shall meet and confer with counsel for Defendants, and upon notice to interested parties in each related or factually similar action, shall submit to the Court a proposed order consolidating any such action or providing for coordination of discovery or other pre-trial proceedings with the Consolidated Derivative Action where it is efficient and will prevent duplication, unnecessary costs, or burden or prejudice to any party. Any person objecting to the application of this Order to such a subsequently filed, transferred, or related action, or objecting to consolidation with the Consolidated Derivative Action, shall file a motion seeking relief from this Order within ten (10) days after the Order has been delivered or notice has been given to counsel as provided herein.

**Appointment of Lead Plaintiff**

8. Plaintiffs request that the Court appoint Proposed Lead Plaintiffs Gerald Joseph Lovoi, Dion Williams Moore and David Stein as Lead Plaintiffs for this Consolidated Derivative Action. Defendants take no position on this request.

**Appointment of Lead Counsel**

9. Plaintiffs request that the Court appoint as Lead Counsel the law firms and lawyers set forth below. Defendants take no position on this request.

      **ROWLEY LAW PLLC**
      Shane T. Rowley
      Danielle Rowland Lindahl

50 Main Street, Suite 1000
White Plains, Ny 10606
Tel: (914) 400-1920
Fax: (914) 301-3514

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

10. Lead Counsel shall have sole authority to speak for derivative plaintiffs in all matters regarding pre-trial procedure, trial, and settlement and shall be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any derivative plaintiff except through the appointed Lead Counsel.

11. Defendants' counsel may rely upon agreements made with Lead Counsel, or other duly authorized representatives of Lead Counsel, and such agreements shall be binding on all derivative plaintiffs and their counsel.

12. Lead Counsel shall make all work assignments for all counsel in the Consolidated Derivative Action in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.  The roles and responsibilities of all counsel in the Consolidated Derivative Action shall be determined by Lead Counsel.

**Liaison Counsel**

13. Plaintiffs request that the Court appoint as Liaison Counsel the law firm of Brodsky & Smith, LLC.  The primary duties of Liaison Counsel will be to interface with the Court and Court personnel to ensure the smooth and orderly disposition of the Consolidate Derivative Action.  Defendants take no position on this request.

**Operative Complaint and Reservation of Rights**

14. The complaint filed in the *Lovoi* Derivative Action shall be the operative complaint in the Consolidated Derivative Action (the "Operative Complaint").

15. Named defendants need not answer, move or otherwise respond to the Operative Complaint at this time.

16. Counsel for Defendants previously executed waivers of service on behalf of all Defendants, including the Nominal Defendant.

**Schedule for Consolidated Complaint**

17. The Lead Plaintiffs appointed by the Court shall file a Consolidated Complaint on or before forty-five (45) days from the date they are appointed by the Court.

18. Thereafter, the Parties shall meet and confer to set a schedule for Defendants' response to the Consolidated Complaint.

Dated: January 9, 2020               **BRODSKY & SMITH, LLC**

*/s/ Evan J. Smith*_____
Evan J. Smith, Esq. (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esq. (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

Attorneys for Derivative Plaintiffs Gerald Joseph Lovoi, Dion Williams Moore, and David Stein

*Proposed Liaison Counsel for Plaintiffs*

**ROWLEY LAW PLLC**
Shane T. Rowley
Danielle Rowland Lindahl
50 Main Street, Suite 1000
White Plains, Ny 10606
Tel: (914) 400-1920
Fax: (914) 301-3514
Email: srowley@rowleylawpllc.com
Email: drl@rowleylawpllc.com

Of Counsel for Derivative Plaintiff Gerald Joseph Lovoi

|   |   |
|---|---|
|   | **GAINEY McKENNA & EGLESTON**<br>Thomas J. McKenna<br>Gregory M. Egleston<br>440 Park Avenue South, 5th Floor<br>New York, NY 10016<br>Telephone: (212) 983-1300<br>Facsimile: (212) 983-0383<br>Email: tjmckenna@gme-law.com<br>Email: gegleston@gme-law.com<br><br>Of Counsel for Derivative Plaintiffs Dion Williams Moore and David Stein<br><br>*Proposed Lead Counsel for Plaintiffs* |
| OF COUNSEL:<br><br>**MOORE KUEHN, PLLC**<br>Justin A. Kuehn<br>Fletcher W. Moore<br>30 Wall Street, 8th floor<br>New York, New York 10005<br>Tel: (212) 709-8245<br>Email: jkuehn@moorekuehn.com<br>Email: fmoore@moorekuehn.com<br><br>Of Counsel for Derivative Plaintiffs<br>Dion Williams Moore and David Stein |   |
| Dated:  January 9, 2020 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: */s/ Keith E. Eggleton*<br>       Keith E. Eggleton<br><br>Keith E. Eggleton (SBN 159842)<br>keggleton@wsgr.com<br>Rodney G. Strickland (SBN 161934)<br>rstrickland@wsgr.com<br>Sean P. Killeen (SBN 320644)<br>skilleen@wsgr.com<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>Attorneys for Defendants |

STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND REQUESTING APPOINTMENT OF LEAD PLAINTIFF AND CO-LEAD COUNSEL

-6-

\* \* \*

**ORDER**

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED** that:

1. *Lovoi, et al. v. Hastings, et al.*, Case No. 19-cv-07303-EJD, and (ii) *Moore, et al. v. Hastings, et al*, Case No. 19-cv-07748-NC are hereby consolidated for all purposes, and files of the Consolidated Derivative Action shall be maintained in one Master File No. 19-cv-07303;

2. *Gerald* Joseph Lovoi, Dion Williams Moore, and David Stein are appointed lead plaintiffs for the consolidated action;

3. Rowley Law PLLC and Gainey McKenna & Egleston are appointed lead counsel for the consolidated action, and Brodsky & Smith LLC is appointed liaison counsel, and said counsel shall have the responsibilities and duties referenced in the Stipulation above;

4. The Lead Plaintiffs shall file a Consolidated Complaint on or before forty-five (45) days from the date of this Order and the Defendants shall have no obligation to respond to any complaint other than the Consolidated Complaint.

Dated: _____    By: _____
                                       Hon. Lucy H. Koh
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED DERIVATIVE ACTIONS
AND REQUESTING APPOINTMENT OF LEAD
PLAINTIFF AND CO-LEAD COUNSEL

-7-