UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD JOSEPH LOVOI,<br><br>  Plaintiff,<br><br>  v.<br><br>REED HASTINGS, et al.,<br><br>  Defendants. | Case No. 19-CV-07303-LHK<br><br>**ORDER DENYING STIPULATION**<br><br>Re: Dkt. No. 19 |

On January 9, 2020, the parties stipulated that two related shareholder derivative actions filed on behalf of Netflix, Inc., *Lovoi v. Hastings*, No. 19-CV-7303-LHK ("*Lovoi*"), and *Moore v. Hastings*, No. 19-CV-07748-LHK ("*Moore*"), be "consolidated to promote judicial economy, efficiency, and conserve judicial resources." ECF No. 19.

In the stipulation, Plaintiffs request that the Court appoint four attorneys from two different law firms to serve as lead counsel in the proposed consolidated action: Shane T. Rowley and Danielle Rowland Lindahl of Rowley Law PLLC, and Thomas J. McKenna and Gregory M. Egleston of Gainey McKenna & Egleston. *Id.* at 3–4. Plaintiffs further request that the Court appoint the law firm of Brodsky & Smith, LLC to serve as "Liaison Counsel" in the proposed consolidated action. *Id.* at 4. Plaintiffs indicate that the "primary duties of Liaison Counsel will

be to interface with the Court and Court personnel to ensure the smooth and orderly disposition of the Consolidate [*sic*] Derivative Action." *Id.*

The Court DENIES without prejudice the parties' stipulation.  Plaintiffs do not provide sufficient justification to warrant the appointment of four attorneys and three law firms to serve as lead counsel and "Liaison Counsel" in the proposed consolidated action.

**IT IS SO ORDERED.**

Dated: January 13, 2020

_____
LUCY H. KOH
United States District Judge