UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD JOSEPH LOVOI, derivatively on behalf of NETFLIX, INC.,<br><br>          Plaintiff,<br>v.<br><br>REED HASTINGS, et al.<br><br>          Defendants,<br>-and-<br><br>NETFLIX, INC.,<br><br>          Nominal Defendant. | Case No. 19-cv-07303-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED CASES AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD AND LIAISON COUNSEL**<br><br>DATE:    June 25, 2020<br>TIME:    1:30 P.M.<br>JUDGE:  Hon. Lucy H. Koh<br>CRTRM:<br><br>Complaint Filed: November 6, 2019 |

[Caption Continued on Next Page]

| | |
|---|---|
| DION WILLIAMS MOORE, et al., derivatively on behalf of NETFLIX, INC., <br><br>Plaintiffs, <br>v. <br><br>REED HASTINGS, et al. <br><br>Defendants, <br>-and- <br>NETFLIX, INC., <br><br>Nominal Defendant. | Case No. 19-cv-07748-LHK <br><br><br><br><br><br><br>Complaint Filed: November 25, 2019 |

Having considered the application by plaintiff Dion Williams Moore to consolidate all cases, and to approve selection of lead and liaison counsel, and for good cause shown, the Court hereby enters the following Order:

1. The above-captioned actions are hereby consolidated for all purposes into one action.

2. These actions shall be referred to herein as the "Consolidated Derivative Actions." This Order shall apply to the Consolidated Derivative Actions and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as in the Consolidated Derivative Actions.

3. Every pleading in this Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DICTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NETFLIX, INC. DERIVATIVE LITIGATION | Case No.: 19-cv-07303-LHK |
| This Document Relates To: ALL DERIVATIVE ACTIONS | |

When a pleading is intended to apply to all actions, the words "All Derivative Actions" should be inserted in the caption. When a pleading is intended to apply to fewer than all actions, the docket number of each individual action and the last name of the first named plaintiff shall be inserted in the caption.

4. This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be consolidated as part of this Consolidated Derivative Action.

5. A Master Docket and Master File shall be established for the Consolidated Derivative Actions. The Master File shall be Case No.: 19-cv-07303-LHK. All orders,

pleadings, motions and other documents shall, when filed and docketed in the Master file, be deemed filed and docketed in each individual case to the extent applicable. When an order, pleading motion or document is filed with a caption indicating that it is applicable to fewer than all of these consolidated actions, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

6. Gainey McKenna & Egleston are hereby appointed as Lead Counsel for Plaintiffs and Brodsky & Smith, LLC is hereby appointed liaison counsel for Plaintiffs. Lead counsel shall have the sole authority and discretion over the following matters on behalf of all plaintiffs in their respective cases: (a) the initiation, response, scheduling, briefing and argument of all motions, (b) the scope, order and conduct of all discovery proceedings, (c) the designation of which attorneys may appear at hearings and conferences with the Court, (d) the timing and substance of any settlement negotiations with defendants, and (e) other matters concerning the prosecution and resolution of the respective cases. No other attorney is authorized to undertake any action on behalf of the derivative plaintiffs without the express authorization of lead counsel. Defendants' counsel may rely upon agreements made with lead counsel and such agreements shall be binding on all plaintiffs.

7. Within 30 days of appointment, Plaintiffs shall file a Consolidated Amended Complaint or designate an existing complaint to the be operative complaint. Thereafter, the parties shall promptly meet and confer regarding a schedule for Defendants' response to the operative complaint. Until an operative complaint is filed or designated, and as previously agreed among the parties, Defendants shall have no obligation to respond to any existing complaint.

IT IS SO ORDERED.

Dated: March 13, 2020

_Lucy H. Koh_
Honorable Lucy H. Koh
District Court Judge

Respectfully submitted by:

**BRODSKY & SMITH, LLC**

*s/ Evan J. Smith*
Evan J. Smith, Esq. (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esq. (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Proposed Liaison Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Proposed Lead Counsel for Plaintiffs*