1 **BRODSKY & SMITH, LLC**
Evan J. Smith, Esq. (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esq. (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
*Attorneys for Plaintiffs*

[ADDITIONAL COUNSEL APPEAR ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE NETFLIX, INC. DERIVATIVE LITIGATION | CASE NO.: 5:19-cv-07303-LHK |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| This Document Relates To: | |
| ALL DERIVATIVE ACTIONS | |

Pursuant to Fed. R. Civ. P. 41, Lead Plaintiffs Gerald Joseph Lovoi and Dion Williams Moore ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint or filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiff nor Plaintiff's counsel have received or will receive any compensation for this dismissal whatsoever except that Counsel for the parties have conferred and agreed that all parties shall bear their own costs of this litigation.

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 5:19-CV-07303-LHK

Dated: March 20, 2020

**BRODSKY & SMITH, LLC**

*/s/ Evan J. Smith*
Evan J. Smith, Esq. (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esq. (SBN 302113)
rcardona@brodskysmith.com
9595 Wilshire Blvd., Ste 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Liaison Counsel for Plaintiffs*

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue South, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Lead Counsel for Plaintiffs*